**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**UNITED STATES OF AMERICA,**

                                  **Plaintiff,**

    v.

**STEPHEN GARVEY,**

                                  **Defendant.**
_____

1:10-cr-00009-1

**TO:**    Stephen Garvey, 08150-094, *Pro Se*
           Federal Prison Camp
           P.O. Box 3949
           Pensacola, FL 32516-3949
       David White, Esq., AUSA
       Martial A. Webster, Sr., Esq.

**REPORT AND RECOMMENDATION**

THIS MATTER is before the Court upon Defendant's Motion for Reconsideration and/or Clarification of Order on Motion for Sentence Reduction. (ECF No. 508).

Stephen Garvey, Bureau of Prisons register number #08150-094, was released from prison on August 11, 2017.[1] Therefore, his motion is moot.

Based upon the foregoing, **IT IS HEREBY RECOMMENDED** that Stephen Garvey's Motion for Reconsideration and/or Clarification of Order on Motion for Sentence Reduction (ECF No. 508) be **DENIED AS MOOT.**

---

[1] Information obtained from United States Probation Office and the Federal Bureau of Prisons inmate locator. https://www.bop.gov/inmateloc/.

*United States v. Garvey*
1:10-cr-00009
Report and Recommendation
Page 2

Any objections to this Report and Recommendation must be filed in writing within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time shall bar the aggrieved party from attacking such Report and Recommendation before the assigned District Court Judge. 28 U.S.C. § 636(b)(1); LRCi 72.3.

ENTER:

Dated: May 29, 2018                         /s/ George W. Cannon, Jr.
                                            GEORGE W. CANNON, JR.
                                            MAGISTRATE JUDGE