DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| STEPHEN GARVEY,            )<br>                                              )<br>           Petitioner,         )<br>                                              )<br>   v.                                       )<br>                                              )<br>UNITED STATES OF AMERICA,  )<br>                                              )<br>           Respondent.       )<br>_____)  | Criminal Action No. 2010-0009 |

**Appearances:**
**Stephen Garvey,** *Pro Se*
St. Croix, U.S.V.I.

**Alphonso G. Andrews, Esq.,**
St. Croix, U.S.V.I.
    *For the United States*

## ORDER

**UPON CONSIDERATION** of Petitioner Stephen Garvey's ("Petitioner") "Motion for Reconsideration and/or Clarification of Order on Motion for Sentence Reduction" (Dkt. No. 508); Magistrate Judge George W. Cannon, Jr.'s Report and Recommendation (Dkt. No. 524); and Petitioner's "Motion to Set Status Conference Regarding Motion for Reconsideration" (Dkt. No. 516); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's ultimate recommendation contained in his Report and Recommendation (Dkt. No. 524) is **ACCEPTED**, with the reasoning therefor **MODIFIED** as set forth in the Memorandum Opinion; and it is further

**ORDERED** that Petitioner's "Motion for Reconsideration and/or Clarification of Order on Motion for Sentence Reduction" (Dkt. No. 508) is **DENIED**; and it is further

**ORDERED** that Petitioner's "Motion to Set Status Conference Regarding Motion for Reconsideration" (Dkt. No. 516) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested.

**SO ORDERED.**

Date:  June 1, 2020

_____/s/_____
WILMA A. LEWIS
Chief Judge